ACCEPTED
03-15-00717-CR
21657737
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/8/2018 7:54 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00717-CR

| | | |
|---|---|---|
| RASHAD OWENS | * | IN THE COURT OF APPEALS |
| Appellant | * | |
| | | FILED<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>1/8/2018 7:54:55 AM |
| VS. | * | OF THE THIRD |
| | * | SUPREME JUDICIAL    JEFFREY D. KYLE<br>Clerk |
| | * | DISTRICT OF TEXAS |
| | | |
| THE STATE OF TEXAS | * | |
| Appellee | * | AT AUSTIN  TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING AND RECONSIDERATION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, RASHAD OWENS, Appellant, and files this Motion for an Extension in which to file a Motion for Rehearing and Reconsideration.  In support of this motion, appellant shows the Court the following:

### I.

The Appellant was convicted in the District Court of Travis County, Texas of the offense of Capital Murder. Appellant was assessed life in prison without the possibility of parole. Opinion was handed down by this Court on November 22, 2017 modifying and affirming the judgement of the trial court.

### II.

The deadline for filing the Motion for Rehearing is January 8, 2018 and Appellant has requested **one** previous extensions.

**III.**

Attorney for the Appellant would further show the Court that he has been diligent in preparing a motion for rehearing in this case. Counsel has reviewed the Court's opinion and is drafting Appellant's response, but will be unable to file said response by the deadline due to a his trial and appellate docket. Counsel is starting trial on a murder case today and was unable to finish the motion in time. This trial setting was originally not anticipated to go to trial this week but now is.

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for filing a Motion for Rehearing and Reconsideration to January 30, 2018.

Respectfully Submitted,

**ARIEL PAYAN**
Attorney at Law
1012 Rio Grande
Austin, Texas 78701
(512) 478-3900
(512) 472-4102 fax
Arielpayan@hotmail.com

/s/ Ariel Payan

ARIEL PAYAN
State Bar No. 00794430

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Motion for Rehearing and Reconsideration has been delivered to the Criminal District Attorney, by email on January 8, 2018.

/s/ Ariel Payan

ARIEL PAYAN